CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 0 1 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT THEODORE BARDEAU, | )<br>)<br>) |
| Plaintiff, | ) Case No. 7:11CV00081<br>) |
| v. | )<br>) **FINAL ORDER**<br>) |
| MICHAEL MONDUL,<br>STEVEN MARTIN, | ) By: Glen E. Conrad<br>) Chief United States District Judge<br>) |
| Defendants. | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as legally frivolous, and this action is stricken from the active docket of the court.

ENTER: This 1st day of March, 2011.

_____
Chief United States District Judge